UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH VIGLIONE,<br>  Plaintiff | )<br>)<br>) |
| v. | )    C.A. No. |
|  | ) |
| GREATER BOSTON CONVENTION &<br>VISITORS BUREAU, INC. d/b/a<br>MEET BOSTON,<br>  Defendant | )<br>)<br>)<br>) |

COMPLAINT AND JURY DEMAND

PARTIES

1. Plaintiff Keith Viglione ("Viglione") is an individual residing in Newburyport, Massachusetts.

2. Greater Boston Convention & Visitors Bureau, Inc. d/b/a Meet Boston ("Meet Boston" or "Defendant") is a business with a principal address of 99 High Street, Boston, MA 02110.

JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 1337 and 1338 because this case arises under the Federal Copyright Act, 17 U.S.C. §101, et seq.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because Viglione's cause of action arose and Viglione has been injured in this judicial district, and because Defendant has a principal place of business in this state.

FACTS

A. <u>The Plaintiff, His Photography Business and Copyright Registrations.</u>

5. Since at least as early as 2014, Viglione has been a professional photographer. While Viglione has photographed thousands of subjects, his particular focus is on photographing iconic Massachusetts images. These iconic images include, without limitation, an image of a colonial man holding a staff ("Colonial Man Holding Staff Harborfest"), an image of a man saluting in colonial garb ("Colonial Man Saluting Harborfest"), and an image of fireworks over the Fairmont Copley Plaza Hotel ("Boston Copley Square New Years Eve Fireworks Fairmont Hotel").

6. Although Viglione publicly displays his works on his website, social media platforms, and elsewhere, Viglione takes significant steps to protect his rights in his original works. Viglione has registered copyrights for virtually all of his photographs with the United States Copyright Office, including the images outlined in Paragraph 5. Proof of registration for these images is hereby attached to this complaint as Exhibit A.

7. Additionally, Viglione vigorously protects his intellectual property rights by entering into voluntary licensing agreements with those seeking to use his copyrighted works, and by pursuing infringements of his works.

8. In short, Viglione has developed significant goodwill and value in his works, which are well-known and sought after throughout the region.

B. <u>The Defendant's Infringing Activities and Refusal to Pay a Licensing Fee</u>.

9. In June of 2022, Viglione learned that the Defendant was hosting a business website where it displayed without authorization reproductions of Viglione's "Colonial Man Holding Staff Harborfest". In August of 2022, Viglione discovered "Colonial Man Saluting Harborfest"

on Defendant's social media. In September of 2023, he discovered his image "Boston Copley Square New Years Eve Fireworks Fairmont Hotel" on Defendant's social media. Screenshots showing the infringing reproductions of the Viglione works are attached hereto as Exhibit B.

10. "Boston Copley Square New Years Eve Fireworks Fairmont Hotel" was registered within the timeline set forth in 17 U.S.C. § 412, entitling Viglione to seek statutory damages and recovery of attorney's fees as a result of infringement of that work.

11. Viglione contacted Defendant in July of 2024 through his attorney to report the infringement.

12. Upon information and belief, Defendant took the copyrighted works from the internet in order to post the images to its webpage and social media platforms.

13. Upon information and belief, and as shown by the fact that Defendant uploaded the images to its business webpage and social media, Defendant used the infringing works for its own commercial purposes.

14. Defendant was never authorized to use Viglione's copyrighted works.

COUNT I
COPYRIGHT INFRINGEMENT
<u>17 U.S.C. § 501</u>

15. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 14 of the complaint.

16. Viglione is the owner of the exclusive copyright in his works identified in Paragraph 5 above.

17. The Register of Copyrights issued certificates of registration for the works, and proof of registration is attached hereto as Exhibit A.

18. Defendant copied Viglione's copyrighted works without authorization.

19. Defendant displayed the infringing works for its own commercial purpose.

20. Defendant's infringement of Viglione's copyrighted work caused harm to Viglione.

WHEREFORE, Plaintiff Keith Viglione prays that this Court:

1. Enter judgment in favor of Plaintiff on Count I of the complaint;

2. Award Plaintiff actual damages pursuant to 17 U.S.C. § 504 in an amount to be determined at trial;

3. Award Plaintiff statutory damages pursuant to 17 U.S.C. § 504 for Defendant's infringement of the "Boston Copley Square New Years Eve Fireworks Fairmont Hotel" work;

4. Award Plaintiff attorneys fees pursuant to 17 U.S.C. § 505 for Defendant's infringement of the "Boston Copley Square New Years Eve Fireworks Fairmont Hotel" work;

5. Award Plaintiff costs and interest on judgment as provided for by law; and

6. Award such further relief as the Court deems just and appropriate.

## Jury Demand

The Plaintiff demands a trial by jury on all issues so triable.

KEITH VIGLIONE,
By his attorney,

*/s/ Thomas E. Kenney*
Thomas E. Kenney (#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444
tom@piercemandell.com